# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

| In the Matter of | Case Number: |
|---|---|
| Alvin L. Hintz, Jr.<br>v.<br>The Prudential Insurance Company of America and Long Term Disability Coverage for Class 1: - Executives of CCL Custom Manufacturing, Inc. | FILED<br>March 11, 2008    TG<br>08cv1444<br>Judge DOW Jr.<br>Magistrate Judge VALDEZ |

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

Alvin L. Hintz, Jr., Plaintiff

---

| NAME (Type or print) |
|---|
| Marcie E. Goldbloom |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Marcie E. Goldbloom |
| FIRM |
| Daley, DeBofsky & Bryant |
| STREET ADDRESS |
| 55 W. Monroe, Suite 2440 |
| CITY/STATE/ZIP |
| Chicago, IL 60603 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 6193523 | 312-372-5200 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | | ✓ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐      APPOINTED COUNSEL ☐