AO 440  (Rev. 05/00) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

ALIAS **SUMMONS IN A CIVIL CASE**

ALVIN L HINTZ, JR.

**CASE NUMBER:**   08 c 1444

V.

**ASSIGNED JUDGE:**   Judge Dow

THE PRUDENTIAL INSURANCE COMPANY OF
AMERICA and LONG TERM DISABILITY COVERAGE
FOR CLASS 1: U.S. - EXECUTIVES OF CCL CUSTOM
MANUFACTURING, INC.

**DESIGNATED**
**MAGISTRATE JUDGE:**   Judge Valdez

TO: (Name and address of Defendant)

LONG TERM DISABILITY COVERAGE FOR CLASS 1: U.S. - EXECUTIVES OF CCL CUSTOM MANUFACTURING, INC.
KIK Custom Products, Inc
(ALIAS SUMMONS - Agent listed as:)
c/o C T Corporation System
208 S. LaSalle Street, Suite 814
Chicago, IL 60604

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

an answer to the complaint which is herewith served upon you, within _____20_____ days after service of this
summons upon you, exclusive of the day of service.  If you fail to do so, judgment by default will be taken against you for the
relief demanded in the complaint.  You must also file your answer with the Clerk of this Court within a reasonable period of time
after service.

NOTE: When the print dialogue
box appears, be sure to uncheck
the Annotations option.

**Michael W. Dobbins, Clerk**



**(By) DEPUTY CLERK**

**March 14, 2008**

**Date**

AO 440  (Rev. 05/00)  Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 3/14/08 |

| NAME OF SERVER *(PRINT)* | TITLE |
|---|---|
| _Amor A_ | _Legal Assistant_ |

*Check one box below to indicate appropriate method of service*

☐ Served personally upon the defendant.  Place where served: _____

_____

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and
   discretion then residing therein.

   Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

_____

_____

☐ Other (specify): _____

_____

_____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| — | — | — |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information
contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on __3/14/08__          _____
                *Date*                    *Signature of Server*

Daley, DeBofsky & Bryant
55 W Monroe St Ste 2440
Chicago, IL 60603

_____
*Address of Server*

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.