**U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS**
**ATTORNEY APPEARANCE FORM**

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

| In the Matter of | Case Number: 08-C-1444 |
|---|---|

ALVIN L. HINTZ, JR., Plaintiff
v.
THE PRUDENTIAL INSURANCE COMPANY
OF AMERICA and LONG TERM DISABILITY
COVERAGE FOR CALL 1: U.S.

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

The Prudential Insurance Company of America and Long Term Disability Coverage for Class 1: U.S. - Executives of CCL Custom Manufacturing, Inc.,
Defendants.

| NAME (Type or print) |
|---|
| Charles C. Jackson |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically) |
| s/ Charles Jackson |
| FIRM |
| Morgan, Lewis & Bockius LLC |
| STREET ADDRESS |
| 77 W. Wacker |
| CITY/STATE/ZIP |
| Chicago, IL 60601 |

| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS) | TELEPHONE NUMBER |
|---|---|
| 01309374 | 312-324-1000 |

| | YES | NO |
|---|---|---|
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | ✓ | |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | | ✓ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | ✓ | |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | ✓ | |

IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.

RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐