**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| ALVIN L. HINTZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No.  08-C-1444 |
| | ) | |
| | ) | Judge Dow Jr. |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | Magistrate Judge Valdez |
| COMPANY OF AMERICA and LONG TERM | ) | |
| DISABILITY COVERAGE FOR CLASS 1: | ) | |
| U.S. – EXECUTIVES OF CCL CUSTOM | ) | |
| MANUFACTURING, INC. | ) | |
| | ) | |
| Defendants. | ) | |

**UNOPPOSED MOTION FOR AN EXTENSION OF TIME
TO ANSWER OR OTHERWISE PLEAD**

Defendants, by their attorneys, move for an extension of time to answer or otherwise plead.  In support of the Motion, defendants state as follows:

1.    On March 11, 2008, plaintiff Alvin Hintz ("Plaintiff"), filed a Complaint against Defendants in Northern District of Illinois, Eastern Division,  Case No. 08-cv-1444  (the "Complaint").  On March 13, 2008, The Illinois Department of Financial and Professional Regulation was served with the Summons and Complaint.

2.     Defendants have recently retained Morgan, Lewis & Bockius, LLP as counsel in this matter.

3.    Because they have recently been retained, counsel requires additional time to investigate the allegations contained in plaintiff's Complaint.

4.    Accordingly, defendants request an additional 30 days, or until May 2, 2008, to answer or otherwise plead in response to plaintiff's Complaint.

5.      Plaintiff's counsel has been contacted and has no objection to the 30-day extension.

6.      This is the first extension requested by defendants.

7.      A 30 day extension of time will not cause excessive delay in the litigation and will not unduly prejudice any party.

WHEREFORE, defendants respectfully request the Court grant their Unopposed Motion for an Extension of Time To Answer or Otherwise Plead.

Respectfully submitted,

PRUDENTIAL INSURANCE COMPANY
OF AMERICA and LONG TERM
DISABILITY COVERAGE FOR CLASS 1:
U.S.-EXECUTIVES OF CCL CUSTOM
MANUFACTURING, INC.

By:  s/ Lucy Schwallie
          One of Their Attorneys

Charles C. Jackson
Lucy Schwallie
Morgan, Lewis & Bockius, LLP
77 West Wacker Drive, 5th Floor
Chicago, IL 60601
Telephone: (312) 324-1000
Facsimile: (312) 324-1001

Dated: March 26, 2008

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| ALVIN L. HINTZ, JR., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | )   Case No.  08-C-1444 |
| | ) |
| | )   Judge Dow Jr. |
| | ) |
| THE PRUDENTIAL INSURANCE | )   Magistrate Judge Valdez |
| COMPANY OF AMERICA and LONG TERM | ) |
| DISABILITY COVERAGE FOR CLASS 1: | ) |
| U.S. – EXECUTIVES OF CCL CUSTOM | ) |
| MANUFACTURING, INC. | ) |
| | ) |
| Defendants. | ) |

**<u>PROPOSED ORDER</u>**

IT IS HEREBY ORDERED that Defendants' Unopposed Motion for an Extension of

Time to Answer or Otherwise Plead up to and including May 2, 2008 is GRANTED.

BY ORDER OF THE COURT

JUDGE DOW JR.

By: _____

Dated: _____

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 26, 2008, I electronically filed the foregoing Unopposed

Motion for an Extension of Time To Answer or Otherwise Plead and Proposed Order with the

Clerk of the Court using the CM/ECF system which sent notification of such filing to the

following:


Marcie E. Goldbloom
Daley, DeBofsky and Bryan
55 W. Monroe St. Ste 2440
Chicago, Illinois 60603
(312) 372-5200


By:        s/ Lucy Schwallie