IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN L. HINTZ, JR., | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) ) | Case No. 08-C-1444 |
| | ) | Judge Dow Jr. |
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA and LONG TERM DISABILITY COVERAGE FOR CLASS 1: U.S. – EXECUTIVES OF CCL CUSTOM MANUFACTURING, INC. | ) ) ) ) ) ) ) ) | Magistrate Judge Valdez |
| Defendants. | ) | |

## NOTICE OF UNCONTESTED MOTION

To:   Marcie E. Goldbloom
      Daley, DeBofsky and Bryant
      55 W. Monroe St. Ste 2440
      Chicago, Illinois 60603
      (312) 373-5200

   PLEASE TAKE NOTICE that on Tuesday, April 1, 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, the undersigned shall appear before the Honorable Judge Robert Dow, Jr., or any judge sitting in his stead, in the United States District Court for the Northern District of Illinois, Eastern Division, 219 South Dearborn Street, Chicago, Illinois, in Courtroom 1919, and shall then and there present **Defendants' Uncontested Motion for Extension of Time to Answer or Otherwise Plead**, a copy of which is being served upon you along with this Notice.

Dated:  March 26, 2008

                                              Respectfully submitted,
PRUDENTIAL INSURANCE COMPANY OF AMERICA and LONG TERM DISABILITY COVERAGE FOR CLASS 1: U.S.- EXECUTIVES OF CCL CUSTOM MANUFACTURING, INC.

By:  /s/ Lucy Schwallie
       One of Their Attorneys

Charles C. Jackson
Lucy Schwallie
Morgan, Lewis & Bockius LLP
77 W. Wacker Dr., 5th Fl.
Chicago, IL  60601
312-324-1000

1-CH/210801.1