IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN L. HINTZ, JR., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | No. 08-C-1444 |
| ) | |
| THE PRUDENTIAL INSURANCE ) | |
| COMPANY OF AMERICA and LONG TERM ) | Judge Dow, Jr. |
| DISABILITY COVERAGE FOR CLASS 1: ) | |
| U.S.- EXECUTIVES OF CCL CUSTOM ) | Magistrate Judge Valdez |
| MANUFACTURING, INC. ) | |
| ) | |
| ) | |
| Defendants. ) | |

**NOTICE OF UNOPPOSED MOTION**

TO:   Charles C. Jackson
      John R. Richards
      Morgan, Lewis & Brockius, LLP
      77 West Wacker Drive, 5th Floor
      James R. Thompson Center
      Chicago, IL 60601

   PLEASE TAKE NOTICE that on Tuesday, the 6th day of May, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Dow or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached PLAINTIFF'S UNOPPOSED MOTION TO DISMISS AND FOR LEAVE TO FILE AN AMENDED COMPLAINT, copies of which are attached and herewith served upon you.

DATED: April 29, 2008                    s/ Marcie E. Goldbloom
Chicago, Illinois                        Marcie E. Goldbloom
                                         Attorney for Plaintiff
                                         Alvin Hintz

**CERTIFICATE OF SERVICE**

TO:  Charles C. Jackson
John R. Richards
Morgan, Lewis & Brockius, LLP
77 West Wacker Drive, 5${}^{th}$ Floor
James R. Thompson Center
Chicago, IL 60601

The undersigned attorney hereby certifies that on April 29, 2008, she electronically filed the foregoing NOTICE OF UNOPPOSED MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to: Charles C. Jackson and John R. Richards, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A

|  |  |
|---|---|
|  | s/ Marcie E. Goldbloom |
|  | Marcie E. Goldbloom |
| Daley, DeBofsky & Bryant | Attorney for Plaintiff |
| 55 West Monroe St., Suite 2440 | Alvin Hintz |
| Chicago, Illinois 60603 | mgoldbloom@ddbchicago.com |
| (312) 372-5200; (312) 372-2778 *fax* |  |