# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1444 | **DATE** | 4/30/2008 |
| **CASE TITLE** | Alvin L. Hintz, Jr. vs. The Prudential Ins. Co. of America, et al | | |

**DOCKET ENTRY TEXT**

Plaintiff's Unopposed Motion [17] to Dismiss defendant Long Term Disability Coverage for Class 1: U.S. - Executives of CCL Custom Manufacturing and For Leave to File an Amended Complaint is granted and so ordered. This action is to continue against defendant The Prudential Insurance Company of America. Notice of Motion date of 5/6/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|