IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN HINTZ, JR.,<br><br>Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>Defendant. | Case No.: 1:08-cv-01444<br>***Honorable Robert M. Dow, Jr.***<br>***Magistrate Judge Maria Valdez*** |

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant The Prudential Insurance Company of America, pursuant to the attached Substitution of Attorneys, moves this Court for leave to substitute the appearance of Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP, for that of Thomas F. Hurka, Charles Clark Jackson, Lucy D. Schwallie and John R. Richards of the law firm of Morgan, Lewis & Bockius, LLP, withdrawn.

Respectfully Submitted,

**THE PRUDENTIAL INSURANCE
COMPANY OF AMERICA, Defendant**

By:   */s/ Edna S. Bailey*
         One of Its Attorneys

Rebecca M. Rothmann
Edna S. Bailey
WILSON, ELSER, MOSKOWITZ,
   EDELMAN & DICKER LLP
120 North La Salle Street, Suite 2600
Chicago, Illinois 60602
(312) 704-0550
(312) 704-1522

501598.1

# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| ALVIN HINTZ, JR, <br><br> Plaintiff, <br><br> v. <br><br> THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, <br><br> Defendant. | Case No.: 1:08-cv-01444 <br> *Honorable Robert M. Dow, Jr.* <br> *Magistrate Judge Maria Valdez* |

## STIPULATION FOR SUBSTITUTION OF ATTORNEYS

It is hereby stipulated and agreed that Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP are allowed to substitute as counsel on behalf of Defendant The Prudential Insurance Company of America, in lieu of Thomas F. Hurka, Charles Clark Jackson, Lucy D. Schwallie and John R. Richards, of the law firm of Morgan, Lewis & Bockius, LLP, withdrawn.

By: ___/s/Thomas F. Hurka_____
    Thomas F. Hurka
    Charles Clark Jackson
    Lucy D. Schwallie
    John R. Richards
    Morgan, Lewis & Bockius LLP
    77 West Wacker Drive, Fifth Floor
    Chicago, Illinois 60601
    (312) 324-1728

By: ___/s/ Edna S. Bailey_____
    Rebecca M. Rothmann
    Edna S. Bailey
    Wilson Elser
    120 North LaSalle Street, Suite 2600
    Chicago, Illinois 60602
    (312) 704-0550

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 7, 2008, a copy of the foregoing was served by operation of the Court's electronic filing systems upon all counsel of record.

Parties may access this filing through the Court's system.

>                         */s/ Edna S. Bailey*
>                           Edna S. Bailey