IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ALVIN HINTZ, JR.,<br><br>   Plaintiff,<br><br>v.<br><br>THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>   Defendant. | Case No.: 1:08-cv-01444<br>*Honorable Robert M. Dow, Jr.*<br>*Magistrate Judge Maria Valdez* |

## NOTICE OF MOTION

To: ***Attorney for Plaintiff***
   Marcie Goldbloom
   Daley, DeBofsky & Bryant
   55 West Monroe Street, Suite 2440
   Chicago, Illinois 60603

   Thomas F. Hurka
   Charles C. Jackson
   Lucy D. Schwallie
   John R. Richards
   Morgan, Lewis & Bockius LLP
   77 West Wacker Drive, Fifth Floor
   Chicago, Illinois 60601
   (312) 324-1728

  **PLEASE TAKE NOTICE** that on the 15th day of July 2008 at 9:15 a.m., or as soon thereafter as counsel may be heard, we shall appear before the Honorable Robert M. Dow, Jr. in Room 1919 of the U.S. Courthouse, 219 S. Dearborn Street, Chicago, Illinois, and then and there present ***Defendant The Prudential Insurance Company of America's Motion for Substitution of Counsel***, a copy of which is attached and is herewith served upon you.

            **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA, Defendant**

            By: _____*/s/ Edna S. Bailey*_____
               One of its attorneys

Rebecca M. Rothmann, Esq.
Edna S. Bailey, Esq.

501663.1

WILSON, ELSER, MOSKOWITZ,
  EDELMAN & DICKER, LLP
120 North LaSalle Street, Suite 2600
Chicago, IL 60602
(312) 704-0550

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies that on July 7, 2008, a copy of the foregoing was served by operation of the Court's electronic filing system upon all counsel of record.

Parties may access this filing through the Court's system.

<i>/s/ Edna S. Bailey</i><br>
Edna S. Bailey

501663.1