# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Robert Dow, Jr. | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 1444 | **DATE** | 7/11/2008 |
| **CASE TITLE** | Hintz, Jr. vs. Prudential Ins. Co. of America | | |

**DOCKET ENTRY TEXT**

Defendant's motion for substitution of counsel [28] is granted. Leave is granted to Rebecca M. Rothmann and Edna S. Bailey of the law firm of Wilson, Elser, Moskowitz, Edelman & Dicker LLP to substitute their appearances for that of Thomas F. Hurka, Charles Clark Jackson, Lucy D. Schwallie and John R. Richards of the law firm of Morgan, Lewis & Bockius LLP. Notice of Motion date of 7/15/08 is stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TBK |
|---|---|---|