# U.S. DISTRICT COURT FOR THE NORTHERN DISTRICT OF ILLINOIS
## ATTORNEY APPEARANCE FORM

NOTE: In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by Local Rules 83.12 through 83.14.

---

In the Matter of                                            Case Number: 2008-cv-1444

Alvin Hintz Jr. v. The Prudential Insurance Company of America

AN APPEARANCE IS HEREBY FILED BY THE UNDERSIGNED AS ATTORNEY FOR:

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA

| | |
|---|---|
| NAME (Type or print)<br>Rebecca M. Rothmann | |
| SIGNATURE (Use electronic signature if the appearance form is filed electronically)<br>s/ Rebecca M. Rothmann | |
| FIRM<br>Wilson, Elser, Moskowitz, Edelman & Dicker LLP | |
| STREET ADDRESS<br>120 North LaSalle Street, Suite 2600 | |
| CITY/STATE/ZIP<br>Chicago, Illinois 60602-2412 | |
| ID NUMBER (SEE ITEM 3 IN INSTRUCTIONS)<br>6236791 | TELEPHONE NUMBER<br>(312)-704-0550 |
| ARE YOU ACTING AS LEAD COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU ACTING AS LOCAL COUNSEL IN THIS CASE? | YES ☐   NO ☑ |
| ARE YOU A MEMBER OF THIS COURT'S TRIAL BAR? | YES ☑   NO ☐ |
| IF THIS CASE REACHES TRIAL, WILL YOU ACT AS THE TRIAL ATTORNEY? | YES ☐   NO ☑ |
| IF THIS IS A CRIMINAL CASE, CHECK THE BOX BELOW THAT DESCRIBES YOUR STATUS.<br>RETAINED COUNSEL ☐     APPOINTED COUNSEL ☐ | |