IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| ALVIN L. HINTZ, JR., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| | ) | No. 08-C-1444 |
| | ) | |
| THE PRUDENTIAL INSURANCE | ) | Judge Dow, Jr. |
| COMPANY OF AMERICA | ) | |
| | ) | Magistrate Judge Valdez |
| Defendant. | ) | |

## NOTICE OF MOTION

TO:  Rebecca M. Rothmann
     Edna S. Bailey
     Wilson, Elser, Moskowitz, Edelman & Dicker LLP
     120 North La Salle Street, Suite 2600
     Chicago, Illinois 60602
     (312) 704-0550
     (312) 704-1522

     PLEASE TAKE NOTICE that on Wednesday, the 23rd day of July, 2008, at 9:15 a.m., or as soon thereafter as counsel may be heard, I shall appear before Judge Dow or any Judge sitting in his stead, in the courtroom usually occupied by him, and present the attached PLAINTIFF'S MOTION TO EXTEND DISCOVERY DEADLINE, copies of which are attached and herewith served upon you.

DATED: July 18, 2008                 s/ Marcie E. Goldbloom
Chicago, Illinois                     Marcie E. Goldbloom
                                    Attorney for Plaintiff
                                    Alvin Hintz

## **CERTIFICATE OF SERVICE**

TO:  Rebecca M. Rothmann
     Edna S. Bailey
     Wilson, Elser, Moskowitz, Edelman & Dicker LLP
     120 North La Salle Street, Suite 2600
     Chicago, Illinois 60602
     (312) 704-0550
     (312) 704-1522

   The undersigned attorney hereby certifies that on July 18, 2008, she electronically filed the foregoing NOTICE OF MOTION with the Clerk of the Court using the CMF/ECF filing system, which sent notice of such filing to: Rebecca Rothmann and Edna Bailey, and that I hereby certify that I have mailed via the United States Postal Service the document to the following non-CMF/ECF participants: N/A

                                          s/ Marcie E. Goldbloom
                                          Marcie E. Goldbloom

Daley, DeBofsky & Bryant                  Attorney for Plaintiff
55 West Monroe St., Suite 2440            Alvin Hintz
Chicago, Illinois 60603                   mgoldbloom@ddbchicago.com
(312) 372-5200; (312) 372-2778 *fax*