**UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
Eastern Division**

Alvin Hintz Jr.

                          Plaintiff,

v.                                                                    Case No.: 1:08–cv–01444
                                                                 Honorable Robert M. Dow Jr.

Prudential Insurance Company of America, et al.

                          Defendant.


**NOTIFICATION OF DOCKET ENTRY**

This docket entry was made by the Clerk on Monday, July 21, 2008:

      MINUTE entry before the Honorable Robert M. Dow, Jr: The Court has before it Plaintiff's motion for extension of time to complete discovery [33], Defendant's response [35] in opposition, and Plaintiff's reply [36]. Based on the representation in Plaintiff's reply that he wishes to withdraw the motion, the Court strikes Plaintiff's motion [33] as moot. Notice of motion date of 7/23/08 is stricken and no appearances are necessary on that date. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.